NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN FOX, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE, LLC,<br><br>Defendant. | CASE NO. CV 14-734-GW(FFMx)<br><br>**ORDER GRANTING STIPULATION RE BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed: April 17, 2013<br>FAC Filed: July 23, 2013 |

    Having considered the Parties' Joint Stipulation regarding Briefing Schedule for Motion for Preliminary Approval of Class Action Settlement ("Stipulation"), and finding good cause to GRANT the Stipulation, the Court hereby orders that the deadline for filing a motion for preliminary approval of class action settlement shall be August 18, 2014. The hearing date of September 4, 2014 for said motion remains unchanged.

    **IT IS SO ORDERED**.

Date: June 27, 2014

_____
HON. GEORGE H. WU
U.S. DISTRICT JUDGE

1