# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN FOX, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE, LLC,<br><br>Defendant. | CASE NO. 14-CV-00734 GW (FFMx)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed:   April 17, 2013<br>FAC Filed:          July 23, 2013 |

Having considered the Parties' Joint Stipulation To Continue Briefing Schedule and Hearing Date for Motion for Preliminary Approval of Class Action Settlement ("Stipulation"), and finding good cause to GRANT the Stipulation, the Court hereby orders that the deadline for filing a motion for preliminary approval of class action settlement is continued to September 25, 2014, and the hearing on the motion for preliminary approval is continued to October 23, 2014 at 8:30 A.M.

**IT IS SO ORDERED**.

Date:  August 13, 2014

_____
HON. GEORGE WU
UNITED STATES DISTRICT JUDGE

1