1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN FOX, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE, LLC,<br><br>Defendant. | CASE NO.: CV 14-734-GW(FFMx)<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Having considered the Parties' Joint Stipulation To Continue Briefing Schedule and Hearing Date for Motion for Preliminary Approval of Class Action Settlement ("Stipulation"), and finding good cause to GRANT the Stipulation, the Court hereby orders that the deadline for filing a motion for preliminary approval of class action settlement is continued to November 20, 2014, and the hearing on the motion for preliminary approval is continued to December 11, 2014 at 8:30 a.m.

IT IS SO ORDERED.

Date:  November 4, 2014

_____ *George H. Wu* _____

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1