1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ANN FOX, individually and on
behalf of all others similarly situated,

              Plaintiff,

v.

ASSET ACCEPTANCE, LLC,

              Defendant.

CASE NO. CV 14-734-GW(FFMx)

**ORDER GRANTING JOINT
STIPULATION TO CONTINUE
BRIEFING SCHEDULE AND
HEARING DATE FOR MOTION
FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

      Having considered the Parties' Joint Stipulation To Continue Briefing
Schedule and Hearing Date for Motion for Preliminary Approval of Class Action
Settlement ("Stipulation"), and finding good cause to GRANT the Stipulation, the
Court hereby orders that the deadline for filing a motion for preliminary approval of
class action settlement is continued to November 25, 2014, and the hearing on the
motion for preliminary approval remains December 15, 2014 at 8:30 a.m.

      IT IS SO ORDERED.

Date: November 24, 2014

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1