**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional Counsel On Signature Page]

Attorneys for the Plaintiff Ann Fox and Proposed Settlement Class

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANN FOX, Individually and on Behalf of All Others Similarly Situated,**<br><br>PLAINTIFF,<br><br>V.<br><br>**ASSET ACCEPTANCE, LLC,**<br><br>DEFENDANT. | **Case No.:** 14-cv-00734-GW-FFM<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>**DATE**: December 15, 2014<br>**TIME**: 8:30 a.m.<br>**CRTRM**: 10<br>**JUDGE**: Hon. George H. Wu |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff Ann Fox ("Plaintiff") in the action entitled *Fox v. Asset Acceptance, LLC,* 14-cv-00734-GW-FFM, pending in the United States District Court for the Central District of California, files this Notice of Motion and Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class.

Pursuant to Fed. R. Civ. P. 23, Plaintiff in this action requests that the Court preliminarily approve the parties' Class Action Settlement Agreement and enter the Preliminary Approval Order submitted with this motion. Plaintiff will move for Preliminary Approval of Class Action Settlement on December 15, 2014 at 8:30 a.m. before the Hon. George H. Wu in Courtroom 10 of the United State District Court located at 312 North Spring Street Los Angeles, CA 90012-4701.

Plaintiff's motion is based on the accompanying memorandum of points and authorities, supporting declarations and exhibits thereto, the pleadings and papers on file herein, and other such matter as may be presented to the Court at the time of the hearing.

Dated: November 25, 2014

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s Abbas Kazerounian___
    ABBAS KAZEROUNIAN, ESQ.
    ATTORNEY FOR PLAINTIFF

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
*Attorneys for Plaintiff*

Kazerouni Law Group, APC
Costa Mesa, California

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
*Attorneys for Plaintiff*