# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN FOX, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE, LLC,<br><br>Defendant. | CASE NO. CV 14-734-GW(FFMx)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SCHEDULED HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND SET BRIEFING SCHEDULE**<br><br>Complaint Filed: April 17, 2013<br>FAC Filed: July 23, 2013 |

Having considered the Parties' Joint Stipulation regarding Briefing Schedule for Motion for Preliminary Approval of Class Action Settlement and To Continue Hearing ("Stipulation"), and finding good cause to GRANT the Stipulation, the Court hereby orders as follows:

1. The hearing on the motion for preliminary approval of class action settlement is continued from August 3, 2015 to August 17, 2015 at 8:30 a.m.

2. The deadline for Plaintiff to file a motion for preliminary approval of class action settlement is July 13, 2015;

3. Defendant shall file any response to the motion for preliminary approval of class action settlement by July 20, 2015; and

4. Plaintiff shall file any reply brief by July 27, 2015.

**IT IS SO ORDERED**.

Date: July 7, 2015

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

2