**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

[Additional Counsel On Signature page]

Attorneys for Plaintiff and Proposed
Settlement Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN FOX, Individually and on Behalf of all Others Similarly Situated, | Case No.: **14-CV-00734-GW-FFM** |
| Plaintiff, | **NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE PAYMENT** |
| v. | |
| ASSET ACCEPTANCE, LLC, | **Date**: February 18, 2016 |
| Defendant. | **Time**: 8:30 a.m. |
| | **Place**: Courtroom 10 |
| | **Judge**: Hon. George H. Wu |

*(left margin, vertical text)* KAZEROUNI LAW GROUP, APC · 245 FISCHER AVENUE, UNIT D1 · COSTA MESA, CA 92626

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 18, 2016 at 8:30 a.m., before the United States District Court, Central District of California, Courtroom 10, 312 North Spring Street, Los Angeles, CA 90012, plaintiff Ann Fox ("Plaintiff") will move this Court for an Order Granting Plaintiff's Motion For Attorneys' Fees, Costs and Incentive Payment.

This motion is based upon this notice, the attached memorandum of points and authorities, the declarations and exhibits thereto, the records and papers on file, and on such other evidence as may be presented at the hearing of this Motion.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

Date: November 25, 2015

By: /s/ Abbas Kazerounian
ABBAS KAZEROUNIAN, ESQ.
ATTORNEY FOR PLAINTIFF

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
*Attorneys for Plaintiff*

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626