| | |
|---|---|
| 1 | **KAZEROUNI LAW GROUP, APC** |
| 2 | Abbas Kazerounian, Esq. (SBN: 249203) |
| 3 | ak@kazlg.com |
|   | Jason A. Ibey Esq. (SBN: 284607) |
| 4 | jason@kazlg.com |
| 5 | 245 Fischer Avenue, Suite D1 |
|   | Costa Mesa, CA 92626 |
| 6 | Telephone: (800) 400-6808 |
| 7 | Facsimile: (800) 520-5523 |
| 8 | [Additional Counsel On Signature Page] |
| 9 | Attorneys for the Plaintiff Ann Fox and |
| 10 | Proposed Settlement Class |

**Kazerouni Law Group, APC**
Costa Mesa, California

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANN FOX, Individually and on Behalf of All Others Similarly Situated,**<br><br>PLAINTIFF,<br><br>V.<br><br>**ASSET ACCEPTANCE, LLC,**<br><br>DEFENDANT. | **Case No.:** 14-cv-00734-GW-FFM<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**DATE**:   February 18, 2016<br>**TIME**:   8:30 a.m.<br>**CRTRM**: 10<br>**JUDGE**:   Hon. George H. Wu |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff Ann Fox ("Plaintiff") in the action entitled *Fox v. Asset Acceptance, LLC,* 14-cv-00734-GW-FFM, pending in the United States District Court for the Central District of California, files this Notice of Motion and Motion for Final Approval of Class Action Settlement.

    Pursuant to Fed. R. Civ. P. 23, Plaintiff in this action requests that the Court finally approve the parties' Class Action Settlement Agreement and enter the Final Approval Order submitted with this motion. Plaintiff will move for Final Approval of Class Action Settlement on February 18, 2016 at 8:30 a.m. before the Hon. George H. Wu in Courtroom 10 of the United State District Court located at 312 North Spring Street Los Angeles, CA 90012-4701.

    Plaintiff's motion is based on the accompanying memorandum of points and authorities, supporting declarations and exhibits thereto, the pleadings and papers on file herein, and other such matter as may be presented to the Court at the time of the hearing.

Dated: January 15, 2016
                                             Respectfully submitted,

                                             **KAZEROUNI LAW GROUP, APC**

                                             By: /s Abbas Kazerounian
                                                   ABBAS KAZEROUNIAN, ESQ.
                                                   ATTORNEY FOR PLAINTIFF

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
*Attorneys for Plaintiff*

///

Kazerouni Law Group, APC
Costa Mesa, California

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
*Attorneys for Plaintiff*