# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN FOX, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>        PLAINTIFF,<br>V.<br><br>ASSET ACCEPTANCE, LLC,<br><br>        DEFENDANT. | Case No.: CV 14-734-GW(FFMx)<br><br>**ORDER GRANTING JOINT STIPULATION TO WITHDRAW WITHOUT PREJUDICE THE MOTION FOR FINAL APPROVAL AND VACATE FAIRNESS HEARING**<br><br>**JUDGE**: Hon. George H. Wu |

Having considered the parties' Joint Stipulation To Withdraw Without Prejudice The Motion For Final Approval and Vacate Fairness Hearing (the "Joint Stipulation"), and for good cause, the Court hereby GRANTS the Joint Stipulation and ORDERS as follows:

1) The motion for final approval of class action settlement (Dkt. No. 73) is withdrawn without prejudice;

2) The fairness hearing scheduled for February 18, 2016 is vacated; and

3) The claims administrator shall promptly update the settlement website and automated telephone prompt system to reflect that the February 18, 2016 fairness hearing has been vacated and that the hearing will be rescheduled at a future date to be decided by the Court.

IT IS SO ORDERED.

Dated: February 12, 2016

THE HON. GEORGE H. WU
U.S. DISTRICT JUDGE